**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Gerald KIZER, Respondent.**

Supreme Court of Pennsylvania.

April 18, 2007.

### ORDER

PER CURIAM.

The Petition for Allowance of Appeal is hereby **GRANTED,** and the order of the Superior Court is **REVERSED** pursuant to *PennDOT v. Weaver,* 912 A.2d 259 (Pa. 2006). Jurisdiction relinquished.

**Jon David ARMSTRONG, Respondent**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

April 18, 2007.

### ORDER

PER CURIAM.

The Petition for Allowance of Appeal is **GRANTED,** and the order of the Commonwealth Court is **REVERSED,** pursuant to *Alexander v. PennDOT,* 583 Pa. 592, 880 A.2d 552 (2005), and *McGrory v. PennDOT,* 915 A.2d 1155 (Pa.2007). Jurisdiction relinquished.